UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE-NASHVILLE

DANIEL SMITH

    Plaintiff,

v.

TRANS UNION, LLC
GRANITE BAY ACCEPTANCE, INC.

    Defendants.

Case No. 19-CV-00439

Judge William J. Campbell, Jr.
Magistrate Judge Joe B. Brown

**JURY DEMAND**

## MOTION TO DISMISS DEFENDANT
## GRANITE BAY ACCEPTANCE, INC. ONLY

Comes now Plaintiff, Daniel Smith, and pursuant to Fed. R. Civ. P. 21[1] moves the Court for an Order to dismiss Defendant Granite Bay Acceptance, Inc., WITH PREJUDICE, as the Plaintiff and Granite Bay have resolved all claims.

Rule 21 may be used for the dismissal of a single defendant. See *Philip Carey Manufacturing Company v. Taylor*, 286 F.2d at 785 (6th Cir. 1961) ("[W]e think that [Rule 21] is the one under which any action to eliminate" a single defendant should be taken"); see also *Wilkerson v. Brakebill*, No. 3:15-CV-435-TAV-CCS, 2017 WL 401212 (E.D. Tenn. Jan. 30, 2017) ("Rule 21 is the more appropriate rule"); *Lester v. Wow Car Co., Ltd.*, No. 2:11-cv-850, 2012 WL 1758019, at *2 n.2 (S.D. Ohio May 16, 2012) ("the Sixth Circuit has suggested that

---

[1] In the Sixth Circuit, a plaintiff may only dismiss an "action" using Rule 41(a) and an "action" is interpreted to mean the "entire controversy." *Philip Carey Manufacturing Company v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961).

dismissal of an individual party, as opposed to an entire action, is properly conducted pursuant to Rule 21, not Rule 41").

RESPECTFULLY SUBMITTED,

_/s/ Daniel Smith_

Daniel Smith
4005 Murphy Road
Nashville, Tennessee 37209
615-375-6307
Email: NashLawSmith@comcast.net

DATE: August 6, 2019

## CERTIFICATE OF SERVICE

This will serve to certify that a true and correct copy will be served upon the following on August 6, 2019, via United States postal mail:

| | |
|---|---|
| David M. Anthony<br>Bone, McAllester & Norton, PLLC<br>511 Union Street<br>Suite 1600<br>Nashville, TN 37219<br><u>Counsel for Trans Union</u> | Steven H. Winick<br>Blaxter \| Blackman LLP<br>601 California Street<br>Suite 1505<br>San Francisco, CA 94108<br><u>Counsel for Granite Bay</u> |

_/s/ Daniel Smith_

Daniel Smith
4005 Murphy Road
Nashville, Tennessee 37209
615-375-6307
Email: NashLawSmith@comcast.net

2

**From:**
The Office Of Daniel Smith
4005 MURPHY RD
NASHVILLE, TN 37209-4910

US POSTAGE
$0.50
FIRST-CLASS
AUG 6 2019
Mailed from ZIP 37209
071V10282496
endicia.com

NASHVILLE TN 370

**To:**
US District Court
District of Middle Tennessee
801 BROADWAY STE 800
NASHVILLE CLERK'S OFFICE
Nashville TN 37203-3869

RECEIVED
AUG -8 2019
U.S. District Court
Middle District of TN